```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

TRACY RAMTHUN and
ANGELA CLEMENS                                        PLAINTIFFS

        v.            Civil No. 13-5039

BRYAN CAREER COLLEGE, INC.
d/b/a Bryan College and
Bryan University                                       DEFENDANT

## O R D E R

    Now on this 14th day of November 2013, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #37), to which the parties have waived their right to file objections. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

    **IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #37) is **adopted** *in toto*.

    **IT IS FURTHER ORDERED** that the parties' **Joint Motion for Continuance and Extension of Scheduling Order Deadlines** (document #31) is **granted** to the following extent:

    *   The deadline for filing a motion for class certification is extended to February 17, 2014.

    *   The other deadlines and the trial date set out in the Final Scheduling Order are hereby stayed pending the Court's ruling on the anticipated motion for class certification. In the

meantime, counsel are expected to make all efforts to complete any discovery that does not hinge upon the issue of class certification. After resolution of the class-certification issue, the Court will schedule a status conference to address the stayed deadlines and trial date.

**IT IS SO ORDERED.**

                                         **/s/ Jimm Larry Hendren**
                                         **JIMM LARRY HENDREN**
                                         **UNITED STATES DISTRICT JUDGE**