IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**TRACY RAMTHUN and ANGELA CLEMENS**                               **PLAINTIFFS**

v.                              CASE NO. 5:13-cv-5039

**BRYAN CAREER COLLEGE, INC. d/b/a**
**BRYAN COLLEGE and BRYAN UNIVERSITY**                             **DEFENDANT**

### DISQUALIFICATION ORDER

The undersigned began active service on the Court March 10, 2014. This matter was a routine assignment to this Court's docket. On March 27, 2014, the undersigned received a letter from defense counsel suggesting that the Court should disqualify (see attached Exhibit A). The undersigned has no recollection of ever having been involved in the discussions or consulting which counsel describes as having occurred between members of Taylor Law Partners, LLP and Plaintiffs' counsel, as set forth in the attached letter. Moreover, the undersigned has no personal knowledge of the facts or the litigation as described in counsel's letter. To the best of the undersigned's knowledge, Taylor Law Partners has never been attorney of record for the Plaintiffs, and thus this matter was not flagged for automatic disqualification. Nevertheless, the Court concurs with defense counsel that disqualification is appropriate pursuant to 28 U.S.C. §455(b)(2) and otherwise by §455(a). The undersigned will therefore disqualify and this matter will be reassigned by the Clerk.

IT IS SO ORDERED.

_____
Timothy L. Brooks
United States District Judge